UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

| | |
|---|---|
| **WALEED K. YOUSIF,**<br><br>  Plaintiff,<br>vs.<br><br>**STERLING HEIGHTS POLICE DEPARTMENT,**<br><br>  Defendant. | 2:21-CV-11413-TGB-KGA |

# JUDGMENT

In accordance with the Order issued on this date, it is **ORDERED AND ADJUDGED** that Defendant's Motion for Summary Judgment (ECF No. 7) is **GRANTED**, Plaintiff's Motion to Open Hearing (ECF No. 15) is **DENIED** as moot, and the case is **DISMISSED WITH PREJUDICE**.

Dated at Detroit, Michigan:  October 29, 2021

KINIKIA ESSIX
CLERK OF THE COURT

s/A. Chubb        _____
Case Manager and Deputy Clerk

APPROVED:
s/Terrence G. Berg_____
HON. TERRENCE G. BERG
UNITED STATES DISTRICT JUDGE