UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

| | |
|---|---|
| **WALEED K. YOUSIF,**<br><br>Plaintiff,<br><br>vs.<br><br>**STERLING HEIGHTS POLICE DEPARTMENT,**<br><br>Defendant. | **2:21-CV-11413-TGB-KGA**<br><br><br>**ORDER DENYING MOTION FOR RECONSIDERATION** |

Plaintiff Waleed Yousif filed this Complaint accusing the Sterling Heights Police Department of engaging in a conspiracy to violate his rights. The Court granted Defendant's motion for summary judgment and dismissed the case. ECF No. 16. Mr. Yousif has filed a Motion for Reconsideration of this final order. ECF No. 19.

Under Local Rule 7.1(h), anyone "seeking reconsideration of final orders or judgments must file a motion under Federal Rule of Civil Procedure 59(e) or 60(b)." Even liberally construing Mr. Yousif's motion, he does not provide any new information that qualifies as a reason for relief under either rule. The motion is therefore **DENIED**.

**SO ORDERED**, this 16th day of December, 2021.

BY THE COURT:

/s/Terrence G. Berg
TERRENCE G. BERG
United States District Judge